IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAM A. GIBSON and ROSE GIBSON,<br><br>    Plaintiffs,<br><br>V.<br><br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION No:<br>)   1:06-CV-01237-WSD<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF INTERESTED PERSONS

(1) The undersigned counsel of record for the parties to this action certify that the following is a full and complete list of all parties in this action.

    William A. Gibson, Plaintiff

    Rose Gibson, Plaintiff

    Ford Motor Company, Defendant

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party of the subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be

substantially affected by the outcome of this particular case;

*On Behalf of Plaintiffs:*

    James E. Carter, Attorney for Plaintiffs

    Carter and Tate, P.C., Attorneys at Law, Savannah, GA

    Judson C. Hill, Attorney at Law

    Gastin & Hill, Attorneys at Law, Savannah, GA

*On Behalf of Defendant Ford Motor Company*:

    Ford has no parent corporation, and no other corporation has a financial interest in this matter.

(3)  The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

<u>Plaintiff:</u>

James E. Carter, Esq.
Georgia Bar No. 11440
Mark A. Tate, Esq.
Georgia Bar No. 698820
Carter & Tate, P.C.
2 East Bryan Street, Suite 600
Savannah, Georgia 31401
(912) 234-3030
(912) 234-9700 (facsimile)
jcarter@cartertatelaw.com
mtate@cartertatelaw.com

Defendant:

Charles K. Reed, Esq.
Georgia Bar No.: 597597
Michael R. Boorman, Esq.
Georgia Bar No.: 067798
Matthew S. Knoop, Esq.
Georgia Bar No. 140870
303 Peachtree Street
Suite 5300
Atlanta, Georgia 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
creed@mckennalong.com
mboorman@mckennalong.com
mknoop@mckennalong.com

D. Alan Thomas
(admitted *pro hac vice*)
Paul F. Malek
(*pro hac vice* application soon to be submitted)
C. Jeffery Ash
(*pro hac vice* application soon to be submitted)
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Protective Center, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 (facsimile)
dat@hfsllp.com
pfm@hfsllp.com
cja@hfsllp.com

Respectfully submitted, this 22nd day of June, 2006.

| | |
|---|---|
| /s James E. Carter | /s Matthew S. Knoop |
| James E. Carter | Charles K. Reed |
| Georgia Bar No. 114400 | Georgia Bar No. 597597 |
| Mark A. Tate | Michael R. Boorman |
| Georgia Bar No. 698820 | Georgia Bar No. 067798 |
| Carter & Tate, P.C. | Matthew S. Knoop |
| 2 East Bryan Street, Suite 600 | Georgia Bar No. 140870 |
| Savannah, Georgia 31401 | 303 Peachtree Street |
| (912) 234-3030 | Suite 5300 |
| (912) 234-9700 (facsimile) | Atlanta, Georgia |
| jcarter@cartertatelaw.com | (404) 527-4000 |
| | (404) 527-4198 (facsimile) |
| | creed@mckennalong.com |
| | mboorman@mckennalong.com |
| | mknoop@mckennalong.com |

D. Alan Thomas
(admitted *pro hac vice*)
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Protective Center, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 (facsimile)
dat@hfsllp.com

## **FONT CERTIFICATE**

I hereby certify that this pleading was prepared using a font and point selection approval by the Court in Local Rule 5.1C.

/s Matthew S. Knoop
Matthew S. Knoop

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM A. GIBSON and ROSE GIBSON, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| V. | ) ) ) | CIVIL ACTION No: 1:06-CV-01237-WSD |
| FORD MOTOR COMPANY, | ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I electronically filed the foregoing Certificate of Interested Persons using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>James E. Carter, Esq.
>Mark A. Tate, Esq.
>Carter & Tate, P.C.
>2 East Bryan Street, Suite 600
>Savannah, Georgia 31401

[signature block on the following page]

6

                                                                             <u>/s Matthew S. Knoop</u>
                                                                             Matthew S. Knoop
                                                                             Georgia Bar No.: 140870

McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
 (404) 527-4000 (telephone)
 (404) 527-4198 (facsimile)
mknoop@mckennalong.com

                                                                             Attorney for Defendant
                                                                             Ford Motor Company