# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM A. GIBSON and ROSE GIBSON          :<br>         :<br>Plaintiffs,          :<br>         :<br>vs.          :<br>         :<br>FORD MOTOR COMPANY          :<br>         :<br>Defendant.          : | Civil Action<br>File No.: 1:06-CV-01237-WSD |

## NOTICE OF DEPOSITION OF CORPORAL STEVEN POTTS

TO:  James E. Carter, Esq.
     Mark A. Tate, Esq.
     Carter & Tate, P.C.
     2 East Bryan Street, Suite 600
     Savannah, Georgia 31401

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30 and the agreement of counsel, Ford Motor Company, the defendant in the above-titled action, will take the deposition of Corporal Steven Potts on Friday, November 17, 2006 at Richmond Hill Police Department, 125 Richard Davis Drive, Richmond Hill, Georgia 31324, commencing at 8:00 a.m. and continuing until such time as the deposition is complete. The deposition shall be recorded by a Certified Court Reporter duly authorized by law to administer oaths and transcribe testimony in the State of Georgia. This deposition is being taken for use in

discovery, use at trial, and any other purposes as are permitted by the Federal Rules of Civil Procedure.

This 7th day of November, 2006.

                MCKENNA LONG & ALDRIDGE LLP
                /s/ Matthew S. Knoop
                Charles K. Reed, Esq.
                Georgia Bar No. 597597
                Michael R. Boorman, Esq.
                Georgia Bar No. 067798
                Matthew S. Knoop, Esq.
                Georgia Bar No. 140870
                McKenna Long & Aldridge LLP
                303 Peachtree Street, Suite 5300
                Atlanta, Georgia 30308
                Telephone: (404) 527-4000
                Facsimile: (404) 527-4198
                creed@mckennalong.com
                mboorman@mckennalong.com
                mknoop@mckennalong.com

                D. Alan Thomas, Esq.
                Paul F. Malek, Esq.
                Jeffery C. Ash, Esq.
                *(admitted pro hac vice)*
                Huie, Fernambucq & Stewart, LLP
                2801 Highway 280 South
                Protective Center, Suite 200
                Birmingham, Alabama 35223
                (205) 251-1193
                (205) 251-1256 (facsimile)
                dat@hfsllp.com
                pfm@hfsllp.com
                cja@hfsllp.com

                Attorneys for Defendant
                Ford Motor Company

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

WILLIAM A. GIBSON and
ROSE GIBSON

    Plaintiffs,

vs.

FORD MOTOR COMPANY

    Defendant.

Civil Action
File No.: 1:06-CV-01237-WSD

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed the NOTICE OF DEPOSITION OF CORPORAL STEVEN POTTS with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James E. Carter, Esq.
Mark A. Tate, Esq.
Carter & Tate, P.C.
2 East Bryan Street, Suite 600
Savannah, Georgia 31401

This 7th day of November, 2006

                MCKENNA LONG & ALDRIDGE LLP

                /s/ Matthew S. Knoop
                Charles K. Reed, Esq.
                Georgia Bar No. 597597
                Michael R. Boorman, Esq.
                Georgia Bar No. 067798
                Matthew S. Knoop, Esq.
                Georgia Bar No. 140870
                McKenna Long & Aldridge LLP
                303 Peachtree Street, Suite 5300
                Atlanta, Georgia 30308
                Telephone: (404) 527-4000
                Facsimile: (404) 527-4198
                creed@mckennalong.com
                mboorman@mckennalong.com
                mknoop@mckennalong.com

                D. Alan Thomas, Esq.
                Paul F. Malek, Esq.
                Jeffery C. Ash, Esq.
                *(admitted pro hac vice)*
                Huie, Fernambucq & Stewart, LLP
                2801 Highway 280 South
                Protective Center, Suite 200
                Birmingham, Alabama 35223
                (205) 251-1193
                (205) 251-1256 (facsimile)
                dat@hfsllp.com
                pfm@hfsllp.com
                cja@hfsllp.com

                Attorneys for Defendant
                Ford Motor Company