IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| WILLIAM A. GIBSON and ROSE GIBSON | : : : | |
| Plaintiffs, | : : | |
| vs. | : : | Civil Action File No.: 1:06-CV-01237-WSD |
| FORD MOTOR COMPANY | : : : | |
| Defendant. | : : | |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

COME NOW THE PARTIES HEREIN, and pursuant to Federal Rule of Civil Procedure Rule 41, file this Stipulation of Dismissal with Prejudice, it being the intention of the parties to dismiss with prejudice all claims in this suit because the parties have reached a full settlement of all claims.

[signature block on following page]

This the 7th day of February, 2008.

/s/ James E. Carter
(signed with express permission by Matthew S. Knoop)
James E. Carter
Georgia Bar No. 114400
James E. Carter & Associates, LLC
125 Park of Commerce Drive Suite D
Savannah, Georgia 31405
(912) 236-7200
(912) 236-7300 (facsimile)
jcarter@carterfirm.net

Michael J. Warshauer
Georgia Bar No. 018720
Warshauer, Poe & Thornton, P.C.
3350 Riverwood Parkway
Suite 2000
Atlanta, Georgia 30339-3372
(404) 892-4900
(404) 892-1020
mjw@warpoe.com

Attorneys for Plaintiffs

/s/ Matthew S. Knoop

Charles K. Reed
Georgia Bar No. 597597
Michael R. Boorman
Georgia Bar No. 067798
Matthew S. Knoop
Georgia Bar No. 140870
McKenna Long & Aldridge LLP
303 Peachtree Street
Suite 5300
Atlanta, Georgia
(404) 527-4000
(404) 527-4198 (facsimile)
creed@mckennalong.com
mboorman@mckennalong.com
mknoop@mckennalong.com

D. Alan Thomas
Paul F. Malek
(admitted *pro hac vice*)
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South
Protective Center, Suite 200
Birmingham, Alabama 35223
(205) 251-1193
(205) 251-1256 (facsimile)
dat@hfsllp.com
pfm@hfsllp.com

Attorneys for Defendant

3

## FONT CERTIFICATE

I hereby certify that this pleading was prepared using a font and point selection approval by the Court in Local Rule 5.1C.

/s/ Matthew S. Knoop
Matthew     S.     Knoop,     Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>James E. Carter, Esq.
>James E. Carter & Associates, LLC
>125 Park of Commerce Drive Suite D
>Savannah, Georgia 31405
>
>Michael J. Warshauer, Esq.
>Warshauer Poe & Thornton, PC
>3350 Riverwood Parkway Suite 2000
>Atlanta, Georgia 30309

>/s/ Matthew S. Knoop
>Matthew S. Knoop, Esq.
>Georgia Bar No.: 140870

McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, Georgia  30308
(404) 527-4000 (telephone)
(404) 527-4198 (facsimile)       Attorney for Defendant
mknoop@mckennalong.com           Ford Motor Company